IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOUGLAS A. HINCKLEY,

    Petitioner,

v.                                                            CASE NO. 1:09-cv-00250-MP-AK

UNITED STATES DISTRICT,
NORTHERN DISTRICT OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Douglas A. Hinckley. Petitioner has not, however, paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, consideration of the Petition will be deferred until payment is received or IFP status is granted.

In reviewing the Petition, the Court has determined that amendment is necessary for several reasons. First, Petitioner has named the wrong respondent. According to Rule 2 (a) of the Rules Governing Section 2254 Cases, the "petition must name as respondent the state officer who has custody," of Petitioner. The Petition appears to pertain to a state criminal case that may currently be pending. It is unclear whether Petitioner is in custody and, if so, in whose custody Petitioner is confined. Further, the Court cannot determine from the Petition whether Petitioner exhausted his available state remedies before filing the Petition and, if so, whether the Petition is timely. The form which will be provided to Petitioner will request the pertinent information, and

Petitioner shall fill out the form completely.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **January 6, 2010**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

That the Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2254 petition;

That no later than **January 6, 2010**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  *7th*  day of December, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**