IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOUGLAS A HINCKLEY,

      Petitioner,

v.                                     CASE NO. 1:09-cv-00250-MP -GRJ

UNITED STATES DISTRICT,
NORTHERN DISTRICT OF FLORIDA,

      Respondent.

_____/

## REPORT AND RECOMMENDATION

On December 7, 2009, the Court directed Petitioner to file within 30 days an amended petition and either pay the habeas filing fee or file a motion for leave to proceed as a pauper.  As of the date of this order, Petitioner has neither complied with the order nor shown cause as to why he is unable to comply.  Further, a review of the Department of Corrections' inmate locator reflects that Petitioner is presently released on community control in Lake City, Florida, but Petitioner has filed no change of address with the Court.  Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 21st day of December 2010.

_s/ Gary R. Jones_
GARY R. JONES
United States Magistrate Judge

## <u>NOTICE TO THE PARTIES</u>

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.