IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOUGLAS A HINCKLEY,

    Petitioner,

v.                                                        CASE NO. 1:09-cv-00250-MP -GRJ

UNITED STATES DISTRICT NORTHERN DISTRICT OF FLORIDA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute, failure to obey an order of the Court and failure to keep the Court informed of his address. The Magistrate filed the Report on December 21, 2010. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 6) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this _21st_ day of January, 2011

                                *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge